# EXHIBIT 1

# EXHIBIT 1



Mashable on Facebook
Join Us!

WELCOME TO THE
SMALLVOLUTION
Start yours with $5.99/mo. web hosting

ns network solutions

WHERE YOUR VISION GROWS ONLINE
Start Now

Start discovering today! Sign in with Twitter to get started and add your lists.

# Josie / @DomesticDame

Lists @DomesticDame is Curating  0    Lists @DomesticDame is On  11                    All Categories



184 Followers

http://therightwingwarriors.wordpress.com/
MiddleAged MarriedMommied&ManorMistress Politically faithfull Conservative in every sense.

Talking about:

# Whoops, @DomesticDame isn't curating any lists yet!

View lists they're on »

# EXHIBIT 2

# EXHIBIT 2

- Skip past navigation
- On a mobile phone? Check out m.twitter.com!
- Skip to navigation
- Skip to sign in form



Have an account?Sign in

Username or email [                    ]

Password [                    ]

[Sign in]  ☐ Remember me

Forgot password?

Forgot username?

Already using Twitter on your phone?



 **DomesticDame**

- Name Josie
- Location People'sRepublikOfKalifornia
- Web *http://therightwi...*
- Bio *MiddleAged MarriedMommied&ManorMistress Politically faithfull Conservative in every sense.*

309 Following   195 Followers   13 Listed

## This person  has protected their tweets.

### Following



View all…

## Footer

- © 2010 Twitter
- About Us
- Contact
- Blog
- Status

- Goodies
- API
- Business
- Help
- Jobs
- Terms
- Privacy

# EXHIBIT 3

# EXHIBIT 3

# reviewjournal.com



Powered by  Clickability

Jun. 13, 2010
Copyright © Las Vegas Review-Journal

## VIN SUPRYNOWICZ: Ask the tyrants why they're opposed

"Constitutional amendments we'd like to see" is usually an ineffective game.

But this one keeps occurring to me. It's about 600 words, but I still believe it passes the basic test of comprehensibility, despite being in three parts. It also gives us a litmus test to determine who -- if anyone -- in the political world really favors smaller government.

It would not solve all our problems. Only a populace dedicated to the idea of expansive freedom and sharply limited government could set us back on that road. But it would be a start:

"1) Given that the courts and the Congress have consistently defied the wish, command, and instruction of the people to have, to erect and enjoy a federal government of sharply limited powers, often by giving a willfully and absurdly broad reading to any and all constitutional provisions containing the phrases "general welfare" and "interstate commerce," the words "welfare" and "commerce," and the phrases "general welfare" and "interstate commerce," wherever they occur and in whatever context, are hereby stricken from this Constitution in all occurrences, and are to be treated as though they were never present in that document, and about the fact that these deletions may render some sentences in such document ungrammatical we the people hereby declare ourselves to not give a damn.

"Judges are instructed that if there is anything in the Constitution of which they cannot make plain sense, they must err on the aside of assuming it grants no power to the government, and restricts no natural right of the people, express or implied.

"2) Because the central government, its agents, officials and branches have so vastly abused their previously delegated power to regulate interstate commerce, which was intended only to block counterproductive tariff barriers between the states, the people and the states hereby repeal that grant of power to the central government. The central government from the date of ratification of this article of amendment shall have no power to regulate interstate commerce, nor any thing or service that moves in interstate or intrastate commerce, specifically including but not limited to plants, crops, foodstuffs, medicines, drugs, firearms, and any other weaponry or instruments which might eventually prove useful in the overthrow of said central government, should it or its members persist in the despicable habit of claiming and exercising powers not specifically granted. All powers and authorities previously claimed by any legislature, court or official on the basis of those phrases are hereby instantly and permanently repealed.

"The powers of the Congress of the central government are limited to those specifically enumerated in the words of Article One, Section 8 -- all references to "general welfare" and "interstate commerce" having been deleted -- and any member of any of the three branches of the central government who shall propose to exceed these limited powers shall be subject to immediate seizure, trial, and -- if unanimously convicted by a jury of taxpayers -- execution for treason.

"3) The responsibilities and powers of the central government having been vastly reduced by the

first two sections of this amendment, and the government's need for revenue thus concomitantly reduced, all federal taxes on income, dividends, capital gains, and on estates at death, be they personal, corporate, or other, as well as any and all Constitutional authorization to levy such taxes (if any) are hereby repealed, and the Congress shall not 'make up the difference.'

"The amount of the federal budget which has been funded by the above-mentioned taxes shall be calculated, and the amount of annual federal spending reduced and limited to the total spent in the year prior to this enactment less the amount contributed by said taxes mentioned above, and also less any amount financed by borrowing, such spending amount being set as the maximum limit of all future annual federal spending, regardless of emergencies, with the 'dollar' defined for purposes of this calculation as having a constant value equal to one twentieth of an ounce of silver. Amen."

Others will offer their own proposals. Another strongly worth considering would be an amendment requiring the judge at every jury trial to inform the jury they have the right and power to "judge the law as well of the facts, bringing a verdict of innocence in the face of and despite any and all facts in the case, should you judge the law to have been misapplied in this case, or should you find the law itself to be an affront to the conscience of the community." Furthermore, "You have a right to see a copy of the current statute book containing the law under which the defendant is charged, that your reading of the law itself shall have precedence over any interpretation of the law you may have been offered by this court, and further that you are not obliged to bring a unanimous verdict, that a hung jury benefits the defendant, and in the end you must vote your own conscience."

Please note that this amendment would grant no new right or power -- excepting perhaps the right to read the actual law, a curious omission of current process (why do we write them down, anyway?) -- that it instead merely requires the court to inform jurors of rights and powers that the courts already acknowledge they possess, but of which judges are curiously reluctant to inform them.

Most will say these amendments would never pass. I believe the proper response is, "Yes, but do you think they ought to pass, and if not, why not?"

This may help us identify the friends of freedom and limited government, distinguishing them from the enemies of freedom and limited government.

Which might someday turn out to be a handy pair of lists to have.

Vin Suprynowicz is assistant editorial page editor of the daily Las Vegas Review-Journal, and author of "Send in the Waco Killers" and the novel "The Black Arrow." See www.vinsuprynowicz.com/.

**Find this article at:**
http://www.lvrj.com/opinion/ask-the-tyrants-why-they-re-opposed-96240449.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 4

# EXHIBIT 4

# The RightWing Warriors

Fighting for conservatism, and to bring America back to her traditional roots (formerly The RightPath)

- [Home](#)
- [About The RightWing Warrioress](#)
- [About The Site](#)
- 

## Ask the tyrants why they're opposed

13 06 2010

VIN SUPRYNOWICZ: Ask the tyrants why they're opposed – Opinion – ReviewJournal.com.



**VIN SUPRYNOWICZ**

"Constitutional amendments we'd like to see" is usually an ineffective game.

But this one keeps occurring to me. It's about 600 words, but I still believe it passes the basic test of comprehensibility, despite being in three parts. It also gives us a litmus test to determine who — if anyone — in the political world really favors smaller government.

It would not solve all our problems. Only a populace
dedicated to the idea of expansive freedom and sharply limited government could set us back on that road. But it would be a start:

"1) Given that the courts and the Congress have consistently defied the wish, command, and instruction of the people to have, to erect and enjoy a federal government of sharply limited powers, often by giving a willfully and absurdly broad reading to any and all constitutional provisions containing the phrases "general welfare" and "interstate commerce," the words "welfare" and "commerce," and the phrases "general welfare" and "interstate commerce," wherever they occur and in whatever context, are hereby stricken from this Constitution in all occurrences, and are to be treated as though they were never present in that document, and about the fact that these deletions may render some sentences in such document ungrammatical we the people hereby declare ourselves to not give a damn.

"Judges are instructed that if there is anything in the Constitution of which they cannot make plain sense, they must err on the aside of assuming it grants no power to the government, and restricts no natural right of the people, express or implied.

"2) Because the central government, its agents, officials and branches have so vastly abused their previously delegated power to regulate interstate commerce, which was intended only to block counterproductive tariff barriers between the states, the people and the states hereby repeal that grant of power to the central government. The central government from the date of ratification of this article of amendment shall have no power to regulate interstate commerce, nor any thing or service that moves in interstate or intrastate commerce, specifically including but not limited to plants, crops, foodstuffs, medicines, drugs, firearms, and any other weaponry or instruments which might eventually prove useful in the overthrow of said central government, should it or its members persist in the despicable habit of claiming and exercising powers not specifically granted. All powers and authorities previously claimed by any legislature, court or official on the basis of those phrases are hereby instantly and permanently repealed.

"The powers of the Congress of the central government are limited to those specifically enumerated in the words of Article One, Section 8 — all references to "general welfare" and "interstate commerce" having been deleted — and any member of any of the three branches of the central government who shall propose to exceed these limited powers shall be subject to immediate seizure, trial, and — if unanimously convicted by a jury of taxpayers — execution for treason.

"3) The responsibilities and powers of the central government having been vastly reduced by the first two sections of this amendment, and the government's need for revenue thus concomitantly reduced, all federal taxes on income, dividends, capital gains, and on estates at death, be they personal, corporate, or other, as well as any and all Constitutional authorization to levy such taxes (if any) are hereby repealed, and the Congress shall not 'make up the difference.'

"The amount of the federal budget which has been funded by the above-mentioned taxes shall be calculated, and the amount of annual federal spending reduced and limited to the total spent in the year prior to this enactment less the amount contributed by said taxes mentioned above, and also less any amount financed by borrowing, such spending amount being set as the maximum limit of all future annual federal spending, regardless of emergencies, with the 'dollar' defined for purposes of this calculation as having a constant value equal to one twentieth of an ounce of silver. Amen."

Others will offer their own proposals. Another strongly worth considering would be an amendment requiring the judge at every jury trial to inform the jury they have the right and power to "judge the law as well of the facts, bringing a verdict of innocence in the face of and despite any and all facts in the case, should you judge the law to have been misapplied in this case, or should you find the law itself to be an affront to the conscience of the community." Furthermore, "You have a right to see a copy of the current statute book containing the law under which the defendant is charged, that your reading of the law itself shall have precedence over any interpretation of the law you may have been offered by this court, and further that you are not obliged to bring a unanimous verdict, that a hung jury benefits the defendant, and in the end you must vote your own conscience."

Please note that this amendment would grant no new right or power — excepting perhaps the right to read the actual law, a curious omission of current process (why do we write them down, anyway?) — that it instead merely requires the court to inform jurors of rights and powers that the courts already acknowledge they possess, but of which judges are curiously reluctant to inform them.

Most will say these amendments would never pass. I believe the proper response is, "Yes, but do you think they ought to pass, and if not, why not?"

This may help us identify the friends of freedom and limited government, distinguishing them from the enemies of freedom and limited government.

Which might someday turn out to be a handy pair of lists to have.

Vin Suprynowicz is assistant editorial page editor of the daily Las Vegas Review-Journal, and author of "Send in the Waco Killers" and the novel "The Black Arrow." See www.vinsuprynowicz.com/.

Ads by Google

## The Brown Bailout...

Why Is Congress Playing Favorites? And How Does This Impact You?
BrownBailout.com

« A Holocaust Survivor's View on Islam Rick Barber: Gather Your Armies »

## Actions

- 🔊 Comments RSS

## Information

- Date : June 13, 2010
- Tags: FightingTyranny, SlidingTowardsSocialism
- Categories : Commentary

## Leave a comment

| | Name |

| | E-mail |

| | Website |

[                                    ]

[ Submit comment ]

☐ Notify me of follow-up comments via email.

☐ Subscribe by email to this site



[ ] [Search]

# Archives

[Select Month ▾]



# Categories

- Comics
- Commentary
- Newsies
- Photos
- Videos



# Blogroll

- Domestic Dame Right-Minded Housewife's Musings

# Commentary

- American Spectator Conservative Thoughts
- American Thinker Site for right thinkers
- Ann Coulter Ann Coulter's site
- Big Government Andrew Breitbart's Big Government
- Big Hollywood Andrew Breitbart's Big Hollywood
- Big Journalism Andrew Breitbart's Big Journalism
- DP Punch's Tosst Salad Kernels of sexy, mix in loads of awesome musings of right minded guy
- Faith Of One I'm just a man that loves the Lord, my God, with all my heart, mind, soul and strength and my neighbor as myself
- Flecks of Life Common Sense from a Common Man
- GOP USA GOP news
- i own the world Snappy right-minded commentary
- Inside the Compound Thoughts from a conservative male perspective; Commies beware!
- Jewish World Review Jewish World Review
- Kill Truck Commentary from a lovely Generation X Republican
- La Shawn Barber La Shawn Barber's Corner
- Meet Xian Do An iconoclast of the iconoclastic….

- Michelle Malkin Michelle Malkin's site
- Newsbusters Newsbusters: Vaporizing Liberal bias & lies
- NRA News NRA news
- Pajamas Media Opinionated thinking
- Proclaim Liberty Throughout the Land "The Constitution is the guide which I never will abandon."
- Random Acts of Radicalism Thoughts from one who believes in the Constitution
- Right Wing News Commentary & Newsbits
- Snark & Boobs Exposing Asshattery in Washington, DC (and elsewhere if it makes me froth at the mouth), from a dame's point of view.
- Stickee Notes Harold Stickeehands blogsite: insightful & right commentary
- Swashbuckling, Liberty & Waffles : The Holy Trinity of Awesomeness! Political commentary from a libertarian point of view
- Tenth Amendment Center Tenth amendment issues
- The AntiCrat Freedom wasn't meant to be PERFECT, it was meant to be FREE….
- The Mad Jewess Mad as hell & not going to take it anymore
- Zombietime Exposing Leftist drama queen moments & obvious dumbassness

## News

- Atlas Shrugs Pamela Gellar's stellar site
- Big Government Andrew Breitbart's Big Government
- Fox News Daily News
- Gives Me Hope People giving others hope and love: life Inspiring Stories
- GOP USA GOP news
- Gospel of Jesus Christ, The Gift of Eternal Life Exposing false doctrines so that people can serve God in truth and love.
- Life News Life News: Pro Life issues
- Michelle Malkin Michelle Malkin's site
- Newsmax News
- NRA News NRA news
- Tenth Amendment Center Tenth amendment issues
- Victims of Illegal Aliens Memorial In memory of those killed by illegal aliens
- VOIAC:Victims of Illegal Alien Crime Victims of Illegal Alien Crime



## Email Subscription

For those not logged or registered with WordPress.Com:
Enter your email address to subscribe to this blog and receive notifications of new posts by email.

[ Sign me up! ]



Blog at WordPress.com. Theme: Freshy by Jide.

# EXHIBIT 5

# EXHIBIT 5



Copyright
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = righthaven
Search Results: Displaying 10 of 125 entries


previous  next

Labeled View

*Ask the tyrants why they're opposed.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0007190324 / 2010-08-11 |
| **Application Title:** | Ask the tyrants why they're opposed. |
| **Title:** | Ask the tyrants why they're opposed. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Righthaven LLC, Transfer: By written agreement. Address: 9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-06-13 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Stephens Media LLC, employer for hire; Domicile: United States; Citizenship: United States. Authorship: text. |
| **Rights and Permissions:** | Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States, (702) 527-5900, dbrownell@righthaven.com |
| **Names:** | Stephens Media LLC |
|  | Righthaven LLC |


previous  next

| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record   Format for Print/Save |
| Enter your email address:                      Email |

Help  Search  History  Titles  Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page